UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER  21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

YOSEF KUDMAN, (AND WIFE, LEAH KUDMAN),  08CV2643(AKH)

                  Plaintiff(s),  **NOTICE OF APPEARANCE**

    -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                  Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:    New York, New York
           April 24, 2008

                                          Yours etc.,

                                          HARRIS BEACH PLLC
                                          *Attorneys for Defendant*
                                          **CENTURY 21, INC., BLUE**
                                          **MILLENNIUM REALTY LLC**

                                          _____/s/_____
                                          Stanley Goos, Esq. (SG-7062)
                                          100 Wall Street
                                          New York, NY  10005
                                          212 687-0100
                                          212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

/s/
Stanley Goos, Esq. (SG 7062)